

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 1 5 2015

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

BROOKE CALDWELL

Plaintiff,

-against-

RENTON COLLECTIONS, INC.
A Washington Corporation

Defendant.

Civil Action No. 4:15cv434- SWW

This case assigned to District Judge _Wright_
and to Magistrate Judge_ Yearney_

## COMPLAINT

COMES NOW the Plaintiff, Brooke Caldwell, (Caldwell), by and through

her attorney, Cecille Doan, of the Center for Arkansas Legal Services, and files this Complaint

against Renton Collections, Inc. (Renton), and states:

### STATEMENT OF JURISDICTION

1.    Jurisdiction of this Court arises pursuant to 28 U.S.C. §1331 and 15 U.S.C.

§1692k(d).

2.    This action arises out of Defendant's violations of the Fair Debt Collection

Practices Act, 15 U.S.C. §1692, et seq.

3.    The actions alleged in this Complaint occurred within the State of Arkansas.

4.    Venue is proper pursuant to 28 U.S.C. §1391.

1

## PARTIES TO THE CLAIM

5.       The averments set forth in paragraphs 1-4 are adopted herein and incorporated as if set forth word for word.

6.       Caldwell is a resident of North Little Rock, Pulaski County, Arkansas, and is a "consumer" as defined by 15 U.S.C. §1692a(3), and/or "any person" as defined by 15 U.S.C. §1692d;

7.       At the time of the incident described further herein, Renton was a "debt collector" as that term is defined by 15 U.S.C. §1692a(6), and A.C.A 17-24-101, et seq., and attempting to collect a "debt," as defined in 15 U.S.C. §1692a(5).

8.       Renton is not licensed by the Arkansas State Board of Collection Agencies nor is Renton registered with the Arkansas Secretary of State.  Renton is being served pursuant to Arkansas Code Annotated §17-24-403 by delivering a copy of the Complaint to the Arkansas Secretary of State for service at the following address:

> 211 Morris Avenue South
> Renton, WA  98055

## FACTUAL BACKGROUND

9.       The averments set forth in paragraphs 1-8 are adopted herein and incorporated as if set forth word for word.

10.      On February 18, 2015, Renton mailed a letter to Caldwell in an attempt to collect a medical debt. **Exhibit 1.**

11.      The letter states that Renton had corresponded with Caldwell previously regarding the alleged medical debt.

2

12.     The letter Renton sent to Caldwell in an attempt to collect the alleged medical debt was addressed to Caldwell's residence in North Little Rock, Arkansas.

13.     As a "collection agency", Renton is required to be licensed by the Arkansas State Board of Collection Agencies pursuant to Arkansas Code Annotated §17-24-301(1) which states that unless licensed by the State Board of Collection Agencies it is unlawful to engage in the collection of delinquent accounts, bills, or other forms of indebtedness.

14.     Renton is not licensed by the Arkansas State Board of Collection Agencies and is forbidden from engaging in the collection of delinquent accounts, bills, or other forms of indebtedness in Arkansas.

15.     Violation of a State statute supports a violation of the Fair Debt Collection Practices Act. *Picht v. Hawks, Ltd*, 236 F.3d 446 (8th Cir. 2001).

16.     By engaging in the collection of Caldwell's delinquent account through its collection letter without the proper license, Renton is in violation of Arkansas Code Annotated §17-24-301(1) and 15 U.S.C. §1692e(5).

17.     The collection letter sent to Caldwell by Renton also includes charges for interest in violation of 15 U.S.C. §1692f(1) which prohibits the collection of any amount (including any interest, fee, charge, or expense incidental to the principal obligation) unless such amount is expressly authorized by the agreement creating the debt or permitted by law.

18.     The actions by Renton constitute false, deceptive and misleading information in connection with debt collection in violation of 15 U.S.C §1692e.

19.     The actions by Renton constitute unfair or unconscionable means to attempt to collect debt in violation of 15 U.S.C §1692f.

20.     The actions by Renton constitute conduct the natural consequence of which is to

3

harass, oppress or abuse any person in violation of 15 U.S.C. §1692d.

21.     The actions by Renton constitute the threat to take any action that cannot legally be taken in violation of 15 U.S.C. §1692e(5).

## VIOLATIONS OF THE FAIR DEBT COLLECTIONS PRACTICES ACT

22.     The averments set forth in paragraphs 1-21 are adopted herein and incorporated as if set forth word for word.

23.     Renton engaged in abusive, harassing, oppressive conduct, false, deceptive or misleading representations, and unfair or unconscionable collection methods in contravention of 15 U.S.C. §1692 as set forth above.

24.     The conduct of Renton represent violations of the FDCPA for which strict liability applies pursuant to 15 U.S.C. §1692, et seq.

25.     Renton's conduct represents violations of the FDCPA for which statutory damages apply pursuant to 15 U.S.C. §1692k(a)(2)(A).

## DAMAGES

26.     The averments set forth in paragraphs 1-25 are adopted herein and incorporated as if set forth word for word.

27.     As a direct and proximate result of the occurrence made the basis of this lawsuit, Caldwell is entitled to the following damages:

      i.   actual costs, expenses and attorney fees.

      ii.  statutory damages in the maximum amount of: $1,000.00.

      iii. additional actual damages to be determined.

## **JURY DEMAND**

28.     Caldwell demands a jury trial.

## **PRAYER**

WHEREFORE, Caldwell prays the Court enter judgment in her favor, grant her an award

of statutory damages, actual damages as well as her attorney fees and costs.

Respectfully submitted,

Cecille Doan, Ark. Bar 2009246
Center for Ark. Legal Services
1300 W. 6th St.
Little Rock, AR 72201
(501) 376-3423

5

Y180E07510

PO Box 272
Renton WA 98057-0272
ADDRESS SERVICE REQUESTED

FEB 18 2015

IF YOU WISH TO PAY BY CREDIT CARD, CIRCLE ONE AND FILL IN THE INFORMATION BELOW.

MasterCard    **VISA**

| CARD NUMBER | | EXP. DATE |
|---|---|---|
| CARD HOLDER NAME | | |
| SIGNATURE | | AMOUNT PAID |

Account #:    5902550
Total Due:    $295.08

090512Ü0J240t5376467672118121758-1YA1--Y180E07510 555
500 - 655
BROOKE CALDWELL
14138 Shady Ln
North Little Rock AR 72118-1217

Renton Collections, Inc.
PO Box 272
Renton WA 98057-0272

*** Please detach the upper portion and return with your payment ***

655-ONREC 10-500-1/06/10

| Client Name | Principal Balance | Handling Fee | | Agency Fee | Interest to date | Total Balance |
|---|---|---|---|---|---|---|
| PUGET SOUND PHYS  PLLC. | 281.48 | | | | 13.60 | 295.08 |
| Totals | $281.48 | | | | $13.60 | $295.08 |

Dear BROOKE CALDWELL,

This is our Second attempt to notify you. This matter requires your attention. Please send your full payment to our office, or contact us at (425) 793-3172 for payment arrangements.

This is an attempt to collect a debt, any information obtained will be used for that purpose. This communication is from a debt collector.

If you would like to pay your account via the web please visit www.rentoncollections.com and click the ONLINE BILL PAY link.

TO ASSURE PROPER CREDIT TO YOUR ACCOUNT
PLEASE SUBMIT ALL PAYMENTS TO:
Renton Collections, Inc.

12345678-000655-01-1-AA



**EXHIBIT**

tabbies