UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| Brooke Caldwell, | C/A No.: 4:15-cv-00434-SWW |
| Plaintiff, | |
| v. | |
| Renton Collections, Inc., | |
| Defendant. | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Brooke Caldwell via their respective counsel that, pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the above captioned matter is hereby dismissed against Defendant Renton Collections, Inc. with prejudice.

Respectfully submitted this 3rd day of November, 2015.

WE SO STIPULATE:

_____
Cecille Doan, Ark. Bar No. 2009246
Center for Arkansas Legal Services
Attorney for Plaintiff
1300 W. 6th Street
Little Rock, AR 72201
Ph: (501) 376-3423

_____
Wendy E. Retacco
Retacco Law Offices, Inc.
Attorney for Defendant
30640 Pacific Highway South Suite C-1
Federal Way, WA 98003
Ph: (253) 940-1161